AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Brandon Bradley<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:16mj105-JCG<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 29 2016
ARTHUR JOHNSTON
_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____March 30, 2016____ in the county of ____George____ in the ____Southern____ District of ____MS, Southern Division____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, methamphetamine, a schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:
See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Carroll, Task Force Officer/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/29/2016

_____
*Judge's signature*

City and state:  Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF MISSISSIPPI,

COUNTY OF GEORGE

### A. Background and Experience of Officer

Affiant, Jonathan L. Carroll, is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), and as such is empowered under Title 21, United States Code, Section 878, to enforce Title 21 and Title 18 and other criminal laws of the United States. In that capacity, TFO Carroll has participated in and has conducted investigations which have resulted in the arrest and conviction of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs. Affiant has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances.

### B. Facts and Circumstances

This Affidavit is written in support of a criminal complaint for the arrest of Brandon Terescoe Bradley (BRADLEY) for his participation in a federal crime in George County, Mississippi. It is based on my personal knowledge and experience, as well as information I have received from Special Agents of the FBI, TFOs, Agents from the Mississippi Bureau of Narcotics (MBN), and other law enforcement agencies. As a result of this investigation, I have learned the following:

1. On or about March 30, 2016, a controlled purchase of methamphetamine was

1

made from BRADLEY. A confidential informant (CI) arranged to purchase ¼ ounce of methamphetamine from BRADLEY. During the initial recorded telephone call setting up the controlled purchase, the CI asked BRADLEY if they could meet away from "the hole," referring to Bradley Hole which is the area around BRADLEY's residence located at 126 Bradley Loop Road in Lucedale, Mississippi. BRADLEY is known to hang out and sell drugs at this residence. BRADLEY stated he would walk out to meet the CI. The CI, accompanied by narcotics officers Bobby Daffin and Justin Strahan, drove to a church near the Bradley Hole on Bradley Loop Road and waited for BRADLEY. The CI called BRADLEY again and BRADLEY stated that the CI would have to come into "the hole," but he would walk out to meet them.

2. Once the CI, Officer Daffin, and Officer Strahan arrived at Bradley Hole, Officer Daffin and Officer Strahan attempted to arrest BRADLEY, who was standing off the road. However, BRADLEY ran away through his yard and escaped.

3. A Chevrolet Avalanche was parked at the residence. The license place is registered to Homes Motor Inc. and K located at 610 Canal Street, Pascagoula, Mississippi, 39567. Officer Daffin and Officer Strahan observed a large amount of methamphetamine and a set of digital scales in plain view on the front driver's side seat. On March 28, 2016, Officer Daffin and Officer Strahan stopped this Avalanche, which was driven by BRADLEY. During the stop, BRADLEY stated that he was the owner of the vehicle. BRADLEY'S license was suspended and the officers allowed BRADLEY'S mother to come and drive the vehicle away.

4. Following the attempted arrest of BRADLEY, a search warrant was obtained for the Avalanche. The following items were recovered:

   1. approximately 311 grams of methamphetamine, "Ice" packaged in numerous bags,
   2. approximately 109 grams of Marijuana,
   3. 8 whole dosage units and 12 half dosage units of Xanax,
   4. 2 digital scales,
   5. an identification in the name of BRANDON BRADLEY,
   6. one blue Gangster Disciple Street Gang pillow,
   7. a green Crown Royal bag containing numerous empty plastic baggies,
   8. 7 bullets for a .40 caliber handgun, and
   9. One receipt with BRADLEY's name on it.

5. On March 31, 2016, at approximately 1000 hours, FBI Agent Stacy Eubanks placed a copy of the search warrant return in the Avalanche. Agent Eubanks also spoke with MDOC Probation Officer Christopher Swindle about the whereabouts of BRADLEY. Officer Swindle was able to provide the last location of BRADLEY before BRADLEY cut off his ankle monitor. The map showed BRADLEY running through the area where officers said BRADLEY got away in the woods.

6. On June 29, 2016, Officers with the George County Sheriff's Department, U.S. Marshals Service, MBN, and the Mississippi Department of Corrections arrested BRADLEY for three warrants for Aggravated Trafficking of a Controlled Substance, Possession of a Controlled Substance, and Fleeing Law Enforcement

Officers at Greywood Glen Rental Apartments, Pascagoula, Jackson County, Mississippi.

7. Based on the forgoing, your Affiant believes that probable cause exists to show that Brandon Bradley violated Title 21 U.S.C. § 841(a)(1), possession with the intent to distribute methamphetamine.

*[signature]*

Jonathan Carroll, Task Force Officer
Federal Bureau of Investigation


SWORN TO AND SUBSCRIBED BEFORE ME, this the __29__ day of December, 2016.

*[signature]*

United States Magistrate Judge

4